**Reg HALLADAY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 8085.**

Circuit Court of Appeals, Third Circuit.

Argued Nov. 18, 1942.

Decided Dec. 7, 1942.

436

William J. Morrison, Jr., of Hackensack, N.J. (Albert Hubschman, of New York City, on the brief), for petitioner.

Carlton Fox, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief) for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed.